# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

JUL 24 2023

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

laSandra Norman
Beyonce G Knowles
[You are the PLAINTIFF, print your full name on this line.]

v.

ABC Network
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:23 CV 257
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | ABC Network (Chicago) | 190 N. State St Chicago, Illinois 60601 |
| 2 | Soldier Field | 1410 Special Olympics dr. Chicago, Illinois 60605 |
| 3 | Val Warner | 190 N. State St Chicago, IL 60601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 5
2. What is your address? P.O box 293 Hobart, IN 46342
3. What is your telephone number: (731) 267-9008
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. attached

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# FEDERAL CIVIL / CRIMIMAL COMPLAINT

## ALONG WITH A JURY DEMAND

BEYONC'E "G" KNOWLES, BORN LASANDRA NORMAN ON [REDACTED]

BRINGS NOTICE TO ABC NETWORK OF (CHICAGO) AND ITS REPORTERS, SOLDIER FIELD (CHICAGO) THAT THEY ARE BEING SUED FOR DEFAMATION, FRAUD, COPYRIGHT INFRINGMENT, PAIN AND SUFFERING, AND A COURT ORDER TO GAGE THIS NETWORK FROM REPORTING ANYTHING ABOUT BEYONC'E OR HER WHERE ABOUTS, NEW MUSIC ECT.

## STATEMENT OF FACTS

ABC NETWORK AND LOCAL NEW NETWORKS IN THE AREA, ANOUNCED TO THE VIEWING PUBLIC THAT BEYONC'E G KNOWLES WAS TO BE IN CONCERT AT THE SOLDER FIELD STATIUM THE WEEKEND OF JULY 22ND AND 23$^{RD\ OF}$ 2023 (THEY CALLED IT THE RENAISSANCE TOUR). TICKETS WERE SOLD, AND MONEY WAS MADE FROM THIS FAKE EVENT. BEYONC'E THE MAKER AND CREATOR OF THE MUSIC, WAS NOT THERE. THIS MEANS THAT THESE EVIL DOERS HAD AN IMPERSONATER PLAYING ME AND SINGING MY MUSIC ON STAGE.

MUSIC THAT IS PROTECTED FROM SUCH FRAUDENT ACTIVITY (COPYRIGHTS ON FILE IF NEEDED AT ANY TIME), LEGAL COPYRIGHTS. ABC, SOLDER FIELD AN ANY OTHERS INVOVLED DEFRAUDED ME, FIFTY CENT (the rapper who is one of my business partners, on social media all the time.) THE PEOPLE WHO PAID MONEY TO GO SEE A {FAKE PERSON} SING THE REAL AND TRUE BEYON'CEs music. It looked gross, weird, and also fake.

ABC HAS MADE THEMSELVES RESPONDSIBLE FOR PROVIDING EVIDENCE THAT POINTS TO EXACTLY WHO THEY PAID TO INFRINGE ON MY COPYRIGHTS, HOW MUCH MONEY WAS MADE IN TICKET SALES, AND WHY WOULD ABC BE INVOVLED IN SUCH A CRIMINAL ACT. MY MUSIC IS NOT TO BE TOYED WITH, OR USED WITHOUT MY PERMISSION, THE ACTIONS OF THESE PEOPLE VIOLATED FEDERAL LAWS THAT GOVERNS THIS ACTION.

1

## CLAIMS FOR RELIEF

BEYONC'E STATE A CLAIM OF ILLIGAL COPYRIGHT INFRINGMENT, DEFAMATION, FRUAD WITH AN INTENT TO PROFIT FROM TICKET SALES, MERCHANDISE, AN ALL OTHER FEDERAL LAWS THAT MAY APPLY WHETHER THEY ARE CIVIL OR CRIMINAL ACTS.

BEYONCE G. KNOWLES (Lasandra Norman) ASKES FOR $2 BILLION IN DAMAGES. Knowles also ask this court for a gage order to prevent any other fraudulent attacks in the future from the ACB network.

Note: In ABC's attempt to prove their illegalality, it must not deter from Google's description of the singer. It must prove permission with signed documents, identification, music, payments, hotels, dancers, and anything else related to this fraudulent attempt to defraud.

*Beyonce "g" (aka) Lasandra Norman.*

2

Claims and Facts (continued)

_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ☒ No.
  ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
$2 billion, Discontinues of music from this network, gage order prevented any an all exposure. legal answers.

FILING FEE – Are you paying the filing fee?
  ○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
  ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
L.N  I will keep a copy of this complaint for my records.
L.N  I will promptly notify the court of any change of address.
L.N  I declare **under penalty of perjury** that the statements in this complaint are true.

Lasulea Norman (AKA) Beyonce"g"          7-24-2023
Signature                                 Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]