UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA



-FILED-
AUG 10 2023
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

BEYONC'E "G" KNOWLES
        plaintiff,

v.                                                CASE NO. 2:23 cv 257

ABC NETWORK, an all others
        defendants,
        [ the evil doers]

## A MOTION FOR AN EMERGENCY GAGE ORDER DUE TO THIS CIVIL ACTION

1. Here comes the real and true Beyon'ce G Knowles protected under copyright law , motioning the court to STOP the ABC television network in its tracks, and its evil employees from defaming my very own music and name to appeal to their viewers. Everyday, including July 29th, 2023 this wicked television station insist on placing me in several different states, domestic and abroad on some type of chittering circuit in the sky world tour, singing music written and produced by myself . Whom ever is behind this tragedy is committing fruad and theif under applicable laws.

2. The actions of the ABC network has been nothing more than violations of defamation laws, copyright infringment laws, and also federal tax laws, because I do in fact file federal taxes as this very name stated as an product and entertainment brand in progress. ABC networks all across America, are known for attempting to destroy Americans Citizens characters everyday live on the air with non-stop personal attacks. There reporting is not in any way a tribute or homage to my work, nor has they paid anyone a dime to use internet footage as facts.

3. This same network do the same thing to former President Donald Trump each day on the view television show, he is daily this television show first segment, how could any court convict him of wrong doing with such bias connected to an television network whom hates him, In fact they

are killing any chance of convicting him because of the intentional display of public scruntiny. ABC network, in their reporting of stories, are bias to some, and lift up others, it should not be tolorarted by any court. In fact, they have been clever enough to convince the American People that they are reporting truth when in fact they a reporting lies, (fake news) that has caused the owner an creator of the Beyonc'e works much pain and suffering and the same for Mr.Trump . It is nothing less than sexual exploitation, abuse and harassment, the way they exploit my entertainment name, without paying me anything to do so. They have paid not anyone, but has linked up with ticket master, soldger field in a hoax, to defraud me and my team assosiates.

4. [1]Because of the actions of ABC, I will have to deal with this pain and suffering for the rest of my life. I enjoy producing and making music, I dont enjoy giving someone else credit for my works. This is what ABC tries to imply with their false reporting, we are not talking about Beyonc'e G Knowles, we are talking about Beyonc'e G Knowles, which does not make any since. They must prove with a perponderence of evidence, that they are in some how or in some way connected to another singer named beyonce, and has her full permission to do what they are doing, because they do have the creator of the works permission at all, I am 100% against the actions of ABC's network in this matter.

5. Fox news was recently sued for a Billion dollars, and settled the case for a lessor amount due to claim of defamation ABC is no differant, if their reporting is fake and fraudulent, which it is. The actions of this evil doers MUST be addressed in a court of law, if justice is alive and well in the united states of america, for every citizen the court must act on this claim.

6. The tactics that are used by ABC network, is to convince the real Beyonc'e G Knowles, of a farst, that O " we are not talking about Lasandra Norman who really is Beyonc'e G Knowles, but the other one". Well, ABC network must understand that what they have deemed as

---

1  The court should know that the plaintiff, is more able to articulate her position in person, and she is not really good with words as to matters such as this.

reporting to the people, caused the owner of all things Beyonc'e grave harm. Americans are supossed to be protected from such evil attacks from the media. The actions of this network goes far pass the right of the first amendment freedom of speech clause, it surpasses freedom of speech by a long shot to all other related claims. What has happened is it has caused mental confusion to the writer creator of the original music in context.

7. ABC does not have the right to exploit me on their network, Copyright infringement applies here. To report about Beyonc'e, without being able to prove, the five W's that follows: who? what? when? where? and finally how? they are breaking the laws. The attacks from ABC networks, feels like being attacked by the devil. They have this way of making everything they report sound legit, when in fact, they report all lies, and has been doing it for years. [2]

8. ABC, are violating the law, I am protected from such media scrutiny . In this motion, the plaintiff ask that the courts consider the actions of ABC network, not only a civil copyright infringment matter, not only civil a defamation matter, not only an extreme pain and suffering claim, but that criminal intent exist here, and stop they evil doers in their tracks. because they are knowingly and willingly reporting false information.

9. On one hand they say "o were not talking about Beyonc'e G Knowles, but we are talking about Beyonc'e G Knowles" on the other hand. The actions of ABC network are intential and cruel. Aimed at a women of color.

10. ABC cannot prove that they had permission, by way of contract and cancelled check, that Beyonc'e G Knowles, wanted them to use sexual images and music to permote her in concert[3] Because, if so she must be sued in this action as well.

11. I do file federal income taxes with this name, I do own all Beyonc'e products, including but not limited to, clothing, fragrences, G-unit records, and J-records. Beyonc'e. com also belongs to

---

2  all of my works are protected by copyrights.
3  Beyonc'e G Knowles has not been in concert, an Imposter maybe, not they original producer of the music products.

me. I have everything that can prove my claims, that would interest a jury of my peers. I am willing to testify under the penalties of perjury against network in court perceedings. They MUST, or how could any judge or judicial officer, call him or her honorable enough to judge others? Respectfully. Even have sent some to jail and prison.

12. The hate against me has went on for years and years. I never changed, it is finally taking a toll on my health. The attacks often makes me want to go to sleep, and never wake up. I have people that need me in my life, I should not die, but live and declare the works of the Lord. All of the plaintiffs claims can be backed up, they are NOT made up. I want to live pass 50 years old, I have seen so many music artist whom loved to sing just as i do, get destroyed by evil media reports: such as Michael Jackson, who was born and raised in Gary, Indiana, destroyed by evil until he was dead too soon, another: Whitney Houston, was made to feel so low by fame, she started abusing street drugs, and died way too soon, her only child, prince, luther vandross, Biggie Smalls, and many many others. I dont want to let these devils at ABC, cause me the same fate. Something must be done.

13. [4]Can the Social Security administration or the department of vital birth certificate support the lies that has been told, about my entertainment name? I doudt that very seriosly.

14. I being Beyonc'e have several other music artist on my label, who expects me to pay them what they are owed, what they have earned through hard work. I colaborated with the best music artist in the world, written music for them, and they are all willing to testify in support of this action.

---

4  Everyone born in the United States has a Social Security number, and birth certificate. They can't disprove me in anyway.

## Conclusion

I Lasandra Norman, Also known as Beyonc'e G Knowles swears under the penalty of perjury that each and every word in this motion to gage ABC, prohibiting this network or any other of it's affiliates, from speaking, speading false lies, defameing, or showing images, of anyone named Beyonc'e or Donald J.Trump. I pray that an intellegent judge with real knowledge of the applicable laws of this case, receive this case, and call the network to justice, on it troubles torward this American women and former President with constitutional rights, that protects both from ABC network evil attacks. I also pray the court consider what simular attacks could mean for this beautiful, young, smart women.

Respectfully submitted,

*Beyonc'e G Knowles.*

## Certificate of Service.

I certifiy that a copy of this <u>Motion to Gage any and all ACB networks immediately</u>, was mailed to the clerk of the United States District court, Hammond Indiana division, 5400 Federal Plaza, Hammond Indiana 46320, by mail on July 31st, 2023, to proceed to trial by jury against the wicked party for claims of defamation, copyright infringement, mental pain and suffering, conspiracy, an all other applicable federal laws.  The defendants has not been served as of yet.

I ask that the court has each defendant named in the original complaint served informing or putting all on notice that they are being sued. Respectfully. asap.